IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| GLORIOUS SHAVERS, | : | VIOLATIONS: |
|    a/k/a "G," | | 18 U.S.C. § 1951(a) (interference with |
|    a/k/a "G-Bucks," | : | interstate commerce by robbery -1 count) |
| ANDREW WHITE, | | 18 U.S.C. § 924(c)(use and carrying of a |
|    a/k/a "Darnell White," | : | firearm during a crime of violence -1 |
|    a/k/a "F," | | count) |
|    a/k/a "Mikey F" | : | 18 U.S.C. § 2 (aiding & abetting) |
| | | Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT**:

At all times material to this indictment:

1. Nettie's Place was an after-hours establishment, that is, a speakeasy, that was a business engaged in and affecting interstate commerce, that served beer, wine, and liquor, which were produced and transported from other states to the Commonwealth of Pennsylvania, to customers.

2. On or about November 8, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendants

               **GLORIOUS SHAVERS,**
                    **a/k/a "G,"**
                    **a/k/a "G-Bucks," and**
            **ANDREW WHITE,**
                    **a/k/a "Darnell White,"**
                    **a/k/a "F,"**
                    **a/k/a "Mikey F,"**

obstructed, delayed and affected commerce and the movement of articles and commodities in commerce, and attempted to do so, by robbery, in that defendants SHAVERS and WHITE unlawfully took and obtained, and aided and abetted the unlawful taking and obtaining of, money and other property from the customers and employees of Nettie's Place, located in the vicinity of at 8th and Clearfield Streets in Philadelphia, and against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future to the customers and employees of Nettie's Place, that is, by pointing a sawed-off shotgun and firearm at the customers and employees, ordering them to the floor, and threatening to shoot them.

   In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT**:

On or about November 8, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**GLORIOUS SHAVERS,**
a/k/a "G,"
a/k/a "G-Bucks," and
**ANDREW WHITE,**
a/k/a "Darnell White,"
a/k/a "F,"
a/k/a "Mikey F,"

knowingly used and carried, and aided and abetted the use and carrying of, a firearm, that is, (1) a sawed-off shotgun; and (2) a .38 caliber Smith and Wesson revolver loaded with 4 live rounds, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, interference with commerce by robbery, in violation of Title 18, United States Code, Sections 1951(a) and 2.

In violation of Title 18, United States Code, Section 924(c) and 2.

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

      1.    As a result of the violation of Title 18, United States Code, Section 924(c), set forth in Count Two of this indictment, defendants

**GLORIOUS SHAVERS,**
    a/k/a "G,"
    a/k/a "G-Bucks," and
**ANDREW WHITE,**
    a/k/a "Darnell White,"
    a/k/a "F,"
    a/k/a "Mikey F,"

shall forfeit to the United States of America the firearmS and ammunition involved in the commission of these offenses, including, but not limited to:

    (1)    a sawed-off shotgun; and

    (2)    a .38 caliber Smith and Wesson revolver loaded with 4 live rounds.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

                                            **TRUE BILL:**

                                      _____

                                      **GRAND JURY FOREPERSON**

_____
**PATRICK L. MEEHAN**
**United States Attorney**