IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  CRIMINAL ACTION

VS.  :

ANDREW WHITE  :  NO. 08-CR-161-2

FILED
SEP 18 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

BEFORE THE HONORABLE J. CURTIS JOYNER

VERDICT SLIP

COUNT ONE: Conspiracy to Interfere with Interstate Commerce by Robbery

On Count One of the indictment, charging conspiracy to interfere with interstate commerce by robbery, on or about November 8, 2005, we, the jury, unanimously find the defendant, Andrew White:

GUILTY   [X]        NOT GUILTY   [ ]

COUNT TWO: Interference with Interstate Commerce by Robbery

On Count Two of the indictment, charging interference with interstate commerce by robbery, on or about November 8, 2005, we, the jury, unanimously find the defendant, Andrew White:

GUILTY   [X]        NOT GUILTY   [ ]

COUNT THREE: Using or Carrying of a Firearm during a Crime of Violence

On Count Three of the indictment, charging using or carrying of a firearm during a crime of violence, on or about November 8, 2005, we, the jury, unanimously find the defendant, Andrew White:

GUILTY   [X]     NOT GUILTY   [ ]

COUNT FOUR: Attempted Witness Tampering

On Count Four of the indictment, charging attempted witness tampering, on or about November 12, 2005, we, the jury, unanimously find the defendant, Andrew White:

GUILTY   [X]     NOT GUILTY   [ ]

COUNT SIX: Attempted Witness Tampering

On Count Six of the indictment, charging attempted witness tampering, on or about November 18, 2005, we, the jury, unanimously find the defendant, Andrew White:

GUILTY   [X]     NOT GUILTY   [ ]

COUNT EIGHT: Attempted Witness Tampering

On Count Eight of the indictment, charging attempted witness tampering, on or about September 2, 2006, we, the jury, unanimously find the defendant, Andrew White:

GUILTY   [ X ]      NOT GUILTY   [   ]

COUNT NINE: Attempted Witness Tampering

On Count Nine of the indictment, charging attempted witness tampering, on or about June 15, 2009, we, the jury, unanimously find the defendant, Andrew White:

GUILTY   [   ]      NOT GUILTY   [ X ]

COUNT TEN: Attempted Witness Tampering

On Count Ten of the indictment, charging attempted witness tampering, on or about June 15, 2009, we, the jury, unanimously find the defendant, Andrew White:

GUILTY   [   ]      NOT GUILTY   [ X ]

_____
Foreperson

Date  9/16/09