IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| vs. | : | CRIMINAL NO. 8-161-2 |
| ANDREW WHITE | : | |
| | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 16TH day of SEPTEMBER, 2009, came the attorney for the Government and the defendant being present with counsel, and

[ ]   The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]   A jury has been waived, and the Court has found the defendant not guilty as to:

[X]   The jury has returned its verdict, finding the defendant not guilty as to:  COUNTS 9, 10

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

S/ J. CURTIS JOYNER
J. CURTIS JOYNER , J.

cc:  U.S. Marshal
      Probation Office
      Counsel

| June 16, 2010 | AJM |
| --- | --- |
| Date | By Whom |

Cr 1 (4/2006)